**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dennis Ivan GREEN, Defendant–Appellant.**

**No. 01–6417.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Dennis Ivan Green, pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, NC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Dennis I. Green appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001) and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Green*, Nos. CR–87–28–BO; CA–0–155–5–BO (E.D.N.C. June 5, 2000 & Jan. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*